# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARY ANN NYE-RICHARDSON

JUDGMENT IN A CIVIL CASE

      v.

MICHAEL J. ASTRUE

CASE NUMBER: C08-5598RJB

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. The matter is therefore REMANDED to the administration for further consideration.

    June 15, 2009                                             BRUCE RIFKIN
                                                                            Clerk

                                                                             _/s/ Jennie L. Patton_
                                                                             Deputy Clerk